UNITED STATES DISTRICT
COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TOBY MARKOWITZ AND ELIZABETH RINGOLD,<br><br>   Plaintiffs,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC. AND MEDICALISTICS, LLC,<br><br>   Defendants. | **FILED UNDER SEAL**<br><br><br><br>Civil No. 2:18-cv-00195-wks |

## ORDER

The United States having intervened in part of this action for the limited purpose of settlement and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. As of the date that the United States files its Notice of Settlement or Notice of Settlement and Dismissal, the following documents shall be unsealed:

   a. Relators' Complaint (Doc. No. 1);

   b. the Government's Notice of Election to Intervene in Part For Settlement Purposes and to Decline to Intervene in Part;

   c. the Government's Complaint in Intervention;

   d. this Order; and,

   e. the United States' Notice of Settlement or Notice of Settlement and Dismissal.

2. All other papers or Orders previously filed in this matter shall remain under seal.

3. The seal be lifted on all other matters occurring after the filing of the Government's Notice of Election to Intervene in Part and Decline to Intervene In Part.

IT IS SO ORDERED,

This 13th day of July 2023.

/s/ William K. Sessions III
_____
Hon. William Sessions III
United States District Judge